UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE SAND

DIEGO J. HERBSTEIN,

Plaintiff,

08 CV 0528

Case No._____

-v-

EDUARDO HERBSTEIN and
GUILLERMO HERBSTEIN

Defendant.

**Rule 7.1 Statement**

RECEIVED
JAN 2 2 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Diego J. Herbstein                            (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

**Date:** January 22, 2008

_Ronald E. DePetris_
**Signature of Attorney**

**Attorney Bar Code:** RD-8117

Form Rule7_1.pdf  SDNY Web 10/2007